UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

GMP INDUSTRIES, INC.,   CASE NO: 8:06-cv-1124-T-23MSS

    Debtor

_____/

GARY M. PICKEL and
REBECCA PICKEL,

    Appellants,

v.

GMP INDUSTRIES, INC.,

    Appellee.
_____/

**ORDER**

Pursuant to Rule 8001, Federal Rules of Bankruptcy Procedure, and for the reasons stated in the appellants' response (Doc. 6), the motion to dismiss the appeal is **DENIED**. On or before **July 7, 2006**, the appellants will comply fully with Rule 8006. On or before **July 21, 2006**, pursuant to Rule 8006, the appellee may file a designation of any additional item to be included in the record on appeal. On or before **August 4,**

**2006**, the appellant will file a brief pursuant to Rules 8009 and 8010.  Any other deadline for filing briefs is governed by Rule 8009.

ORDERED in Tampa, Florida, on June 30, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
        Courtroom Deputy